UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONCIO CARDENA-PENA,

                Plaintiff,

-against-

JOHANNA CAJAMARCA et al.,

                Defendants.

24-CV-8807

ORDER

        This removal action was administratively closed on November 26, 2024, due to procedural deficiencies in the electronically filed notice of removal and Complaint. (See docket entry no. 3 ("Administrative Closing Order").) On December 3, 2024, Plaintiff's counsel filed a "motion to remand" this action to state court due to defense counsel's failure to comply with the procedural requirements for removal under 28 U.S.C. §§ 1441, 1446. (Docket entry no. 6.) Defense counsel has not attempted to rectify the deficiencies in the case opening documents, to reopen the case, nor to oppose Plaintiff's motion to remand. On May 30, 2025, the Court was apprised that this action has amicably settled in state court. Therefore, it is hereby ORDERED that this action will remain administratively closed. Plaintiff's motion to remand is denied as moot. This resolves docket entry no. 6.

        SO ORDERED.

Dated: New York, New York
       June 3, 2025

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge